952

No. 1042. LOUISIANA POWER & LIGHT CO. *v.* SOUTHERN BELL TELEPHONE & TELEGRAPH CO. C. A. 5th Cir. Certiorari denied. *Thomas B. Lemann* and *Andrew P. Carter* for petitioner. *J. C. Henriques, Jr., Jefferson Davis* and *John A. Boykin, Jr.* for respondent.

No. 1045. VANCE ET AL. *v.* MIDLAND ENTERPRISES, INC., ET AL. Court of Appeals of Ohio, Hamilton County. Certiorari denied. *Sol Goodman* and *Stanley Goodman* for petitioners. *Robert P. Goldman* for respondents.

No. 916, Misc. BACA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 953, Misc. FULFORD *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.

No. 978, Misc. ROMEO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Nathan Kestnbaum* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 1004, Misc. RAYBORN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1031, Misc. ROBISON *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.